Barzin Barry Sabahat, Esq., SBN 164248
Anchor Law Group, APC
1975 Hamilton Ave., Suite 29
San Jose, CA 95125
Tel: (408) 559-1173
Fax: (408) 559-6153
E-Mail: barry@anchorlawgroup.com

Attorney for Defendants
FRENCH CONNECTION BAKERY INC.
DBA COCOLA BAKERY, AMIRALI AMINI
ALIABADI, and SOUDABEH ALIABADI

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER VALENCIA, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FRENCH CONNECTION BAKERY INC. DBA COCOLA BAKERY, AMIRALI AMINI ALIABADI, SOUDABEH ALIABADI & DOES 1 through 10,<br><br>Defendants.<br>_____ | **Case No. C 08 00996 PVT**<br><br>**DEFENDANTS' ANSWER TO PLAINTIFF'S CLASS ACTION COMPLAINT** FOR 1) Violation of California Labor Code § 1194; 2) Violation Of The Fair Labor Standards Act (Non-payment of overtime); 3) Violation of Labor Code § 226.7; 4) "Waiting Time" Penalties Under California Labor Code § 203; 5) For Restitution of Unpaid Wages in Violation of California Unfair Trade Practices Act under Business and Professions Code §17203; 6) Violation of California Labor Code § 226; and 7) California Labor Code Private Attorney General Act § 2699, *et seq*.<br><br>**DEMAND FOR JURY TRIAL** |

Defendants FRENCH CONNECTION BAKERY, INC. DBA COCOLA BAKERY, AMIRALI AMINI ALIABADI, SOUDABEH ALIABADI (collectively, "Defendants") hereby answer Plaintiff JAVIER VALENCIA's Class Action Complaint, admit, deny and allege as follows:

1. Defendants deny the allegations of paragraph 1 of the Complaint, except admit that Plaintiff purports to state a claim on behalf of the enumerated putative class.

2. Defendants deny the allegations of paragraph 2 of the Complaint, except admit that Plaintiff purports to state a claim on behalf of the enumerated putative class for civil penalties under California Labor Code § 2699, *et seq.*

3. Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 3 of the Complaint, and therefore deny them.

4. Defendants admit that French Connection Bakery Inc. is a California corporation with its primary place of business in San Jose, California, doing business as Cocola Bakery. Defendants admit that Amirali Amiri Aliabadi and Soudabeh Aliabadi are the owners and officers of French Connection Bakery Inc. Defendants otherwise deny the allegations of paragraph 4 of the Complaint.

5. Paragraph 5 of the Complaint contains legal conclusions to which no response is required but, to the extent a response is required, Defendants deny Plaintiff's conclusions. To the extent that paragraph 5 contains factual allegations, Defendants deny the allegations of paragraph 5, including subparagraphs (a) through (g), inclusive.

6. Defendants admit that the Court has subject matter jurisdiction of this action based upon Fair Labor Standards Act, 29 U.S.C. §§201 *et. seq.* and the pendant jurisdiction of this Court.

7. Defendants admit that venue is proper in this District and that they are physically present in this District. Defendants deny the remaining allegations of paragraph 7 of the Complaint.

8. Defendants admit that Plaintiff purports to bring this action as a class action pursuant to Federal Rules of Civil Procedure 23(a) and (b)(3). Defendants deny the remaining allegations of paragraph 8 of the Complaint.

9. Defendants admit that Plaintiff purports to bring this action on behalf of such class members pursuant to 29 U.S.C. §216(b). Defendants deny the remaining allegations of paragraph 9 of the Complaint.

10. Defendants admit that Plaintiff purports to bring this action as a class action pursuant to California Labor Code Private Attorney General's Act, §2669 *et seq.*

11. Paragraph 11 of the Complaint contains legal conclusions to which no response is required but, to the extent a response is required, Defendants deny Plaintiff's conclusions. To the extent that paragraph 11 contains factual allegations, Defendants deny the allegations of paragraph 11.

12. Paragraph 12 of the Complaint contains legal conclusions to which no response is required but, to the extent a response is required, Defendants deny Plaintiff's conclusions. To the extent that paragraph 12 contains factual allegations, Defendants deny the allegations of paragraph 12.

13. Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 13 of the Complaint, and therefore deny the allegations of paragraph 13 of the Complaint.

14. Paragraph 14 of the Complaint contains legal conclusions to which no response is required but, to the extent a response is required, Defendants deny Plaintiff's conclusions. To the extent that paragraph 14 contains factual allegations, Defendants deny the allegations of paragraph 14, including subparagraphs (a) through (d), inclusive.

15. Paragraph 15 of the Complaint contains legal conclusions to which no response is required but, to the extent a response is required, Defendants deny Plaintiff's conclusions. To the extent that paragraph 15 contains factual allegations, Defendants deny the allegations of paragraph 15 of the Complaint.

16. Defendants admit that Plaintiff was employed on an hourly rate by Defendants for some period during the last four years prior to the filing of the Complaint in this action.

17. Defendants deny the allegations of paragraph 17 of the Complaint.

18. Defendants admit the allegations of paragraph 18 of the Complaint.

19. Defendants deny the allegations of paragraph 19 of the Complaint.

20. Paragraph 20 of the Complaint contains a statement on incorporation by reference to which a response is not required.

21. Paragraph 21 of the Complaint contains legal conclusions to which no response is required but, to the extent a response is required, Defendants deny Plaintiff's conclusions. To the

extent that paragraph 21 contains factual allegations, Defendants deny the allegations of paragraph 21 of the Complaint.

22. Defendants deny the allegations of paragraph 22 of the Complaint.

23. Defendants deny the allegations of paragraph 23 of the Complaint.

24. Defendants deny the allegations of paragraph 23 of the Complaint.

25. Paragraph 25 of the Complaint contains legal conclusions to which no response is required but, to the extent a response is required, Defendants deny Plaintiff's conclusions. To the extent that paragraph 25 contains factual allegations, Defendants deny the allegations of paragraph 25 of the Complaint.

26. Paragraph 26 of the Complaint contains legal conclusions to which no response is required but, to the extent a response is required, Defendants deny Plaintiff's conclusions. To the extent that paragraph 26 contains factual allegations, Defendants deny the allegations of paragraph 26 of the Complaint.

27. Paragraph 27 of the Complaint contains legal conclusions to which no response is required but, to the extent a response is required, Defendants deny Plaintiff's conclusions. To the extent that paragraph 27 contains factual allegations, Defendants deny the allegations of paragraph 27 of the Complaint.

28. Paragraph 28 of the Complaint contains a statement on incorporation by reference to which a response is not required.

29. Paragraph 29 of the Complaint contains legal conclusions to which no response is required but, to the extent a response is required, Defendants deny Plaintiff's conclusions. To the extent that paragraph 29 contains factual allegations, Defendants deny the allegations of paragraph 29 of the Complaint.

30. Paragraph 30 of the complaint contains legal conclusions to which a response is not required.

31. Defendants deny the allegations of paragraph 31 of the Complaint.

32. Paragraph 32 of the Complaint contains legal conclusions to which no response is required but, to the extent a response is required, Defendants deny Plaintiff's conclusions. To the

extent that paragraph 32 contains factual allegations, Defendants deny the allegations of paragraph 32 of the Complaint.

33. Paragraph 33 of the Complaint contains legal conclusions to which no response is required but, to the extent a response is required, Defendants deny Plaintiff's conclusions. To the extent that paragraph 33 contains factual allegations, Defendants deny the allegations of paragraph 33 of the Complaint.

34. Paragraph 34 of the Complaint contains legal conclusions to which no response is required but, to the extent a response is required, Defendants deny Plaintiff's conclusions. To the extent that paragraph 34 contains factual allegations, Defendants deny the allegations of paragraph 34 of the Complaint.

35. Paragraph 35 of the Complaint contains legal conclusions to which no response is required but, to the extent a response is required, Defendants deny Plaintiff's conclusions. To the extent that paragraph 35 contains factual allegations, Defendants deny the allegations of paragraph 35 of the Complaint.

36. Paragraph 36 of the Complaint contains a statement on incorporation by reference to which a response is not required.

37. Paragraph 37 of the Complaint contains legal conclusions to which no response is required but, to the extent a response is required, Defendants deny Plaintiff's conclusions. To the extent that paragraph 37 contains factual allegations, Defendants deny the allegations of paragraph 37 of the Complaint.

38. Defendants deny Paragraph 38 of the Complaint.

39. Paragraph 39 of the Complaint contains legal conclusions to which no response is required but, to the extent a response is required, Defendants deny Plaintiff's conclusions. To the extent that paragraph 39 contains factual allegations, Defendants deny the allegations of paragraph 39 of the Complaint.

40. Paragraph 40 of the Complaint contains legal conclusions to which no response is required but, to the extent a response is required, Defendants deny Plaintiff's conclusions. To the

extent that paragraph 40 contains factual allegations, Defendants deny the allegations of paragraph 40 of the Complaint.

41. Paragraph 41 of the Complaint contains a statement on incorporation by reference to which a response is not required.

42. Defendants deny the allegations of paragraph 42 of the Complaint.

43. Paragraph 43 of the Complaint contains legal conclusions to which no response is required.

44. Defendants deny the allegations of paragraph 44 of the Complaint.

45. Paragraph 45 of the Complaint contains a statement on incorporation by reference to which a response is not required.

46. Paragraph 46 of the Complaint contains legal conclusions to which no response is required but, to the extent a response is required, Defendants deny Plaintiff's conclusions. To the extent that paragraph 46 contains factual allegations, Defendants deny the allegations of paragraph 46 of the Complaint.

47. Paragraph 47 of the Complaint contains legal conclusions to which no response is required but, to the extent a response is required, Defendants deny Plaintiff's conclusions. To the extent that paragraph 47 contains factual allegations, Defendants deny the allegations of paragraph 47 of the Complaint.

48. Defendants deny the allegations of paragraph 48 of the Complaint.

49. Paragraph 49 of the Complaint contains legal conclusions to which no response is required but, to the extent a response is required, Defendants deny Plaintiff's conclusions. To the extent that paragraph 49 contains factual allegations, Defendants deny the allegations of paragraph 49 of the Complaint.

50. Paragraph 50 of the Complaint contains legal conclusions to which no response is required but, to the extent a response is required, Defendants deny Plaintiff's conclusions. To the extent that paragraph 50 contains factual allegations, Defendants deny the allegations of paragraph 50 of the Complaint.

51. Paragraph 51 of the Complaint contains legal conclusions to which no response is required but, to the extent a response is required, Defendants deny Plaintiff's conclusions. To the extent that paragraph 51 contains factual allegations, Defendants deny the allegations of paragraph 51 of the Complaint.

52. Paragraph 52 of the Complaint contains legal conclusions to which no response is required but, to the extent a response is required, Defendants deny Plaintiff's conclusions. To the extent that paragraph 52 contains factual allegations, Defendants deny the allegations of paragraph 52 of the Complaint.

53. Paragraph 53 of the Complaint contains a statement on incorporation by reference to which a response is not required.

54. Paragraph 54 of the Complaint contains legal conclusions to which no response is required but, to the extent a response is required, Defendants deny Plaintiff's conclusions. To the extent that paragraph 54 contains factual allegations, Defendants deny the allegations of paragraph 54 of the Complaint.

55. Paragraph 55 of the Complaint contains legal conclusions to which no response is required but, to the extent a response is required, Defendants deny Plaintiff's conclusions. To the extent that paragraph 55 contains factual allegations, Defendants deny the allegations of paragraph 55 of the Complaint.

56. Defendants deny the allegations of paragraph 56 of the Complaint.

57. Defendants deny the allegations of paragraph 57 of the Complaint.

58. Defendants deny the allegations of paragraph 58 of the Complaint.

59. Defendants deny the allegations of paragraph 59 of the Complaint.

60. Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 60, and therefore deny the allegations of paragraph 60 of the Complaint.

61. Paragraph 61 contains a statement on incorporation by reference to which a response is not required.

62. Paragraph 62 of the Complaint contains legal conclusions to which no response is required but, to the extent a response is required, Defendants deny Plaintiff's conclusions. To the extent that paragraph 62 contains factual allegations, Defendants deny the allegations of paragraph 62 of the Complaint.

63. Paragraph 63 of the Complaint contains legal conclusions to which no response is required but, to the extent a response is required, Defendants deny Plaintiff's conclusions. Defendants further deny that they falsely recorded Plaintiff and other hourly employees' time record, and also deny that they provided their employees with wage stubs containing falsified time records.

64. Paragraph 64 of the Complaint contains legal conclusions to which no response is required but, to the extent a response is required, Defendants deny Plaintiff's conclusions. Further, Defendants deny all remaining factual allegations of paragraph 64 of the Complaint.

65. Paragraph 65 of the Complaint contains legal conclusions to which no response is required but, to the extent a response is required, Defendants deny Plaintiff's conclusions. Further, Defendants deny all factual allegations of paragraph 65 of the Complaint.

66. Defendants admit they received written notice by certified mail of Plaintiff's claims.

67. Defendants admit the allegations of paragraph 67.

68. Paragraph 1, following paragraph 67 of the Complaint, contains legal conclusions to which no response is required but, to the extent a response is required, Defendants deny Plaintiff's conclusions. To the extent that paragraph 68 contains factual allegations, Defendants deny the allegations of paragraph 68 of the Complaint.

**FOR THEIR AFFIRMATIVE DEFENSES, DEFENDANTS ALLEGE AS FOLLOWS:**
**<u>FIRST AFFIRMATIVE DEFENSE (FAILURE TO STATE A CLAIM)</u>**

69. Plaintiff's complaint fails to allege facts sufficient to state a claim upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE (LACK OF CAUSATION)**

70. Plaintiff is not entitled to any recovery from Defendants because no act or omission of Defendants was the cause in fact or the proximate cause of any damage to Plaintiff.

**THIRD AFFIRMATIVE DEFENSE (ESTOPPEL)**

71. Plaintiff's claims are barred in whole or in part by the doctrine of estoppel.

**FOURTH AFFIRMATIVE DEFENSE (WAIVER)**

73. Plaintiff's claims are barred in whole or in part by the doctrine of waiver.

**FIFTH AFFIRMATIVE DEFENSE (LACK OF STANDING)**

74. Plaintiff lacks standing to pursue some or all of the claims Plaintiff seeks to pursue.

**SIXTH AFFIRMATIVE DEFENSE (LACHES)**

75. Plaintiff's claims are barred in whole or in part by the doctrine of laches.

**SEVENTH AFFIRMATIVE DEFENSE (FAILURE TO MITIGATE DAMAGES)**

76. Plaintiff's claims are barred because Plaintiff has failed to mitigate his damages, if any.

**EIGHTH AFFIRMATIVE DEFENSE (PUTATIVE CLASS MEMBERS)**

77. Defendants allege that this lawsuit cannot proceed as a class action. Should the court determine otherwise, Defendants may have numerous affirmative defenses and counterclaims against individual members of any alleged class, and accordingly, Defendants reserve their right to assert those affirmative defenses and counterclaims in a timely fashion.

VALENCIA V. FRENCH CONNECTION BAKERY, INC ET AL.    DEFENDANTS' ANSWER TO CLASS ACTION COMPLAINT    C 08 00996 PVT

9

## RELIEF REQUESTED

WHEREFORE, Defendants respectfully request the following relief:

1. That Plaintiff and the putative plaintiff class take nothing by the Complaint;
2. That the Complaint be dismissed with prejudice;
3. That Defendants be awarded their costs of suit, including reasonable attorneys' fees;
4. That Defendants have such other and further relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

In accordance with Federal Rules of Civil Procedure 38 (b), Defendants demand a trial by jury on all issues so triable.

Dated: May 16, 2008.                    Respectfully submitted.

                                        ANCHOR LAW GROUP, APC.


                                        By: /s/
                                            BARZIN BARRY SABAHAT, ESQ.
                                            Attorney for Defendants,
                                            FRENCH CONNECTION BAKERY
                                            INC. DBA COCOLA BAKERY,
                                            AMIRALI AMINI ALIABADI, and
                                            SOUDABEH ALIABADI