UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CESAR SANTACRUZ,<br><br>        Plaintiff,<br><br>  v.<br><br>FRENCH CONNECTION BAKERY, INC., et al.,<br><br>        Defendants.<br>_____<br><br>JAVIER VALENCIA, *individually and on behalf of others similarly situated*,<br><br>        Plaintiff,<br><br>  v.<br><br>FRENCH CONNECTION BAKERY, INC., et al.,<br><br>        Defendants.<br>_____ | Case No.: C 07-1118 PVT<br>Case No.: C 08-0996 PVT<br><br>**ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE CONSOLIDATED; AND**<br><br>**ORDER VACATING TRIAL DATES IN CASE NO. C07-1118 PVT** |

On June 6, 2008, the two above-captioned cases were related. According to the documents on file in both cases, it appears there is substantial, if not complete, overlap between Cesar Santacruz' claims and the claims of the proposed class. Therefore,

IT IS HEREBY ORDERED that, no later than June 12, 2008, any party opposed to

1 consolidation of these two actions shall file a declaration showing cause why the cases should not be
2 consolidated and tried together.
3     IT IS FURTHER ORDERED that the trial dates set in Case No. C07-1118 PVT are hereby
4 VACATED due to a conflict that has recently arisen in the court's schedule, as well as to allow for
5 consideration of whether these two cases should be consolidated.
6     IT IS FURTHER ORDERED that the parties in Case No. C07-1118 PVT shall appear for a
7 status conference at 2:00 p.m. on June 24, 2008, to coincide with the Case Management Conference
8 in Case No. 08-0996 PVT.
9 Dated: *6/9/08*

10 PATRICIA V. TRUMBULL
United States Magistrate Judge