UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAVIER VALENCIA, *individually and on behalf of others similarly situated*,<br><br>    Plaintiff,<br><br>v.<br><br>FRENCH CONNECTION BAKERY, INC., et al.,<br><br>    Defendants. | Case No.: C 08-0996 PVT<br><br>**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE; AND**<br><br>**ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A " CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A " DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |

On June 6, 2008, this case was related to *Valencia v. French Connection Bakery, Inc., et al*, C07-1118 PVT, and was reassigned to Magistrate Judge Patricia V. Trumbull. Therefore,

IT IS HEREBY ORDERED that the Case Management Conference in this matter shall take place at 2:00 p.m. on June 24, 2008. The parties shall file their Joint Case Management Conference Statement no later than June 17, 2008.

IT IS FURTHER ORDERED that, no later than June 12, 2008, each party shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court, or from the Forms (Civil) section of the court's website at www.cand.uscourts.gov.

Dated: *6/9/08*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*