UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE  PATRICIA V. TRUMBULL

Date: 6/24/08

Court Reporter: Jana Ridenour        Clerk: C. Lew

Case No: C 07-01118 PVT and        Case Title: Valencia, et al., v. French Connection Bakery, et al.,
         C 08-00996 PVT

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Adam Wang | Barry Sabahat |

## PROCEEDINGS

Pretrial Conferences:     [ ] Initial        [ ] Status        [ ] Discovery

                         [ ] Settlement     [ ] Final

                         [ ] Other          **[X] Case Management Conference**

| Pltf. | Deft. | MOTIONS |
|---|---|---|
| [ ] | [ ] | 1. |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

## DISPOSITION

[ ] Granted              [ ] Submitted              [ ] Settled

[ ] Denied               [ ] Briefs to be filed     [ ] Not Settled

[ ] Granted in part, denied in part                 [ ] Off Calendar

[ X ] Parties are referred to Court Mediation to be held by 8/29/08; Pretrial Conference set for 8/25/09 at 2:00 p.m.; Court Trial 9/14/09 at 9:30 a.m.

## ORDER TO BE PREPARED BY

[ ] Plaintiff      [ ] Defendant      [X] Court      [ ] Court w/opinion

cc: Mediation