1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10                               SAN JOSE DIVISION

11

12   CESAR SANTACRUZ,                    )    Case No.: C 07-1118 PVT
                                         )    Case No.: C 08-0996 PVT
13                    Plaintiff,         )
                                         )    **ORDER CONSOLIDATING CASES**
14         v.                            )
                                         )
15   FRENCH CONNECTION BAKERY, INC., )
     et al.,                             )
16                                       )
                   Defendants.           )
17   _____)
                                         )
18                                       )
     JAVIER VALENCIA, *individually and on* )
19   *behalf of others similarly situated*, )
                                         )
20                    Plaintiff,         )
                                         )
21         v.                            )
                                         )
22   FRENCH CONNECTION BAKERY, INC., )
     et al.,                             )
23                                       )
                   Defendants.           )
24   _____)

25         On June 6, 2008, the two above-captioned cases were related.  On June 9, 2008, this court

26   issued an order to show cause why the two cases should not be consolidated.  Plaintiff Cesar Santa

27   Cruz in Case No. C07-1118 and Defendants in both cases have filed responses to the order to show

28   cause.  Plaintiff Javier Valencia in Case No. C08-0996 did not file any response.  Based on the

1   parties' submissions and the files herein,

2          IT IS HEREBY ORDERED that the two above-captioned cases are consolidated.  All further

3   filings shall be filed in Case No. C07-1118.

4          IT IS FURTHER ORDERED that no consolidated complaint need be filed.  The two

5   operative complaints are deemed combined as one complaint, except that the Plaintiff(s) in the latter

6   filed case may *not* use the earlier filing date for purposes of any applicable statutes of limitations.

7   Dated: *6/24/08*

8
                                      PATRICIA V. TRUMBULL

9                                     United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER, *page 2*