ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-3148

June 25, 2008

Adam Wang
Law Offices of Adam Wang
12 South First Street
Suite 613
San Jose, CA 95113
408-421-3403

Barzin Barry Sabahat
Anchor Law Group, APC
1975 Hamilton Ave., Suite 27
San Jose, CA 95125
408-559-1173

Re: Valencia v. French Connection Bakery Inc.
Case No. C 08-00996 PVT MED

And consolidated case

Valencia v. French Connection Bakery Inc.
Case No. C 07-01118 PVT MED

Dear Counsel:

The ADR Program would like to convene a conference call wit Robin W. Siefkin, ADR Program Staff Attorney, to discuss the Mediation referral. We scheduled this for **Thursday, July 3, 2008 at 11:00 a.m.** This office will initiate the call to the phone numbers above unless directed otherwise. Please call me at 415-522-3148 as soon as possible to confirm your availability and to give me the phone number where you can be reached.

Thank you for your attention to this matter.

Sincerely,

Alice M. Fiel
ADR Case Administrator