United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Valencia,/Valencia, | 07-01118 PVT MED |
| Plaintiff(s), | 08-00996 PVT MED |
| v. | **Notice of Appointment of Mediator** |
| French Connection Bakery, Inc.,/French Connection Bakery, Inc., | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Charles E. Farnsworth**
Law Offices of Charles E. Farnsworth
7677 Oakport St., Suite 565
Oakland, CA 94621
510-635-2790
cefarns@yahoo.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-01118 PVT MED/08-00996 PVT MED  - 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: July 7, 2008

> RICHARD W. WIEKING
> Clerk
> by:     Alice M. Fiel
>
> _____
> ADR Case Administrator
> 415-522-3148
> Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-01118 PVT MED/08-00996 PVT MED  - 2 -