**FILED**

SEP 0 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Valencia,/Valencia | No. C 07-01118 PVT MED |
| Plaintiff(s), | No. C 08-00996 PVT MED |
| v. | **Certification of ADR Session** |
| French Connection Bakery, Inc.,/French Connection Bakery, Inc., | |
| Defendant(s). | |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) 8/28/08

2. Did the case settle?    ☐ fully    ☐ partially    ☒ no

3. If the case did not settle fully, is any follow-up contemplated?
   ☐ another session scheduled for (date) _____
   ☒ phone discussions expected by (date) 10/2/08
   ☐ no

4. IS THIS ADR PROCESS COMPLETED?    ☐ YES    ☒ NO

Dated: 9/2/08

Mediator, Charles E. Farnsworth
Law Offices of Charles E. Farnsworth
7677 Oakport St., Suite 565
Oakland, CA 94621

Certification of ADR Session
07-01118 PVT MED