UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAVIER VALENCIA,<br><br>    Plaintiff,<br><br>  v.<br><br>FRENCH CONNECTION BAKERY, INC., et al.,<br><br>    Defendants. | Case No.: C 08-00996 PSG<br><br>**FURTHER SCHEDULING ORDER** |

  IT IS HEREBY ORDERED that a status conference shall be held on Tuesday, February 8, 2011 at 2 p.m. and each party shall file a case status statement no later than Friday, February 4, 2011.

Dated: February 2, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER